```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 14-60525-CIV-ZLOCH
```

CROWLEY LATIN AMERICA
SERVICES, LLC,

      Plaintiff,

vs.                                **DEFAULT FINAL JUDGMENT**

WUNDERWEAR MILLS, INC.,

      Defendant.
_____/

THIS MATTER is before the Court upon Plaintiff Crowley Latin American Services, LLC's, Motion For Final Default Judgment Against Defendant Wunderwear Mills, Inc. (DE 7). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

On March 3, 2014, Plaintiff Crowley Latin America Services, LLC, (hereinafter "Plaintiff") initiated the above-styled cause with the filing of its Complaint (DE 1). Defendant Wunderwear Mills, Inc. (hereinafter "Defendant"), was duly served with process on March 11, 2014. See DE 4. Defendant failed to file an appropriate Motion or responsive pleading within the time prescribed by law. Thus, the Clerk of the United States District Court for the Southern District of Florida entered Default (DE 6) against Defendant on April 8, 2014. By the instant Motion (DE 7), Plaintiff now moves for Final Default Judgment against Defendant.

The well-pleaded allegations made in the Complaint (DE 1) are deemed to have been admitted by Defendant by virtue of its default.

Cotton v. Mass. Mut. Life Ins. Co., 402 F.3d 1267, 1277-78 (11th Cir. 2005) (citations omitted).  Thus, the Court finds that Defendant caused to be delivered certain goods for carriage by Plaintiff to El Salvador at agreed charges to be paid by Defendant to Plaintiff pursuant to contracts of affreightment.  Further, Plaintiff transported said goods to the port of destination and delivered them the consignee designated by Defendant.  Plaintiff has duly performed all duties and obligations required to be performed, and Defendant has failed and refused to remit the payment of $10,060.00 in ocean freight and related charges assessed and contained in Plaintiff's invoice to Defendant. Plaintiff further seeks costs of the statutory fee under 28 U.S.C. § 1923(a) of $20.00, the filing fee of $400.00, and the service of process fee of $65.00.  Plaintiff is therefore entitled to recover a total of $10,545.00 from Defendant.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court has jurisdiction over the Parties hereto and the subject matter herein;

2. Plaintiff Crowley Latin American Services, LLC's, Motion For Final Default Judgment Against Defendant Wunderwear Mills, Inc. (DE 7) be and the same is hereby **GRANTED;**

3. Pursuant to Federal Rules of Civil Procedure 55 and 58, Default Final Judgment be and the same is hereby **ENTERED** in favor

of Plaintiff Crowley Latin America Services, LLC, and against Defendant Wunderwear Mills, Inc., upon the Complaint (DE 1) filed herein;

4. Plaintiff Crowley Latin American Services, LLC, does have and recover from Defendant Wunderwear Mills, Inc., the sum of $10,545.00 comprised of $10,060.00 in ocean freight and related charges and costs of the statutory fee under 28 U.S.C. § 1923(a) of $20.00, the filing fee of $400.00, and the service of process fee of $65.00, together with post judgment interest thereon at the rate of 0.11% per annum, for all of which let execution issue; and

5. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   29th   day of April, 2014.

```
                              _____
                              WILLIAM J. ZLOCH
                              United States District Judge
```

Copies Furnished:

All Counsel of Record

Wunderwear Mills, Inc.
4718 N. Manhattan Avenue
Tampa, FL 33614